| United States Bankruptcy Court | Voluntary Petition |
|---|---|
| **CENTRAL** DISTRICT OF *CALIFORNIA* | |

| Name of Debtor (if individual, enter Last, First, Middle): <br> **Reliant Pictures, LLC,** <br> **a Corporation** | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years <br> (include married, maiden, and trade names): <br> **NONE** | All Other Names used by the Joint Debtor in the last 8 years <br> (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN <br> (if more than one, state all): **90-0555095** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN <br> (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State): <br> **at Paramount Studios** <br> **5555 Melrose Avenue** <br> **Hollywood CA**   ZIPCODE **90038** | Street Address of Joint Debtor (No. & Street, City, and State):   ZIPCODE |
| County of Residence or of the <br> Principal Place of Business: **Los Angeles** | County of Residence or of the <br> Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): <br> **SAME**   ZIPCODE | Mailing Address of Joint Debtor (if different from street address):   ZIPCODE |
| Location of Principal Assets of Business Debtor <br> (if different from street address above): **SAME**   ZIPCODE | |

**Type of Debtor** (Form of organization)
(Check **one** box.)

- [ ] Individual (includes Joint Debtors) <br> *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (if debtor is not one of the above entities, check this box and state type of entity below)

**Nature of Business**
(Check **one** box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"
- [x] Debts are primarily business debts.

**Chapter 11 Debtors:**

**Check one box:**

- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**

- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

- - - - - - - - - - - - - - - - - - - - - -

**Check all applicable boxes:**

- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**FILED**

**JUL 09 2009**

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: Deputy Clerk

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,000 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,000 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>***Reliant Pictures, LLC,***<br>***a Corporation*** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years**     (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:<br>***NONE*** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor**     (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>***NONE*** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11)<br><br>☐ Exhibit A is attached and made a part of this petition | **Exhibit B**<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X** _____     *7/9/2009*<br>Signature of Attorney for Debtor(s)                          Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and exhibit C is attached and made a part of this petition.<br>
☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**<br>
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____<br>
(Name of landlord that obtained judgment)

_____<br>
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>*Reliant Pictures, LLC,*<br>*a Corporation* |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed name of Foreign Representative)

7/9/2009
(Date)

**Signature of Attorney***

X _____
Signature of Attorney for Debtor(s)

*Stuart J. Wald 173144*
Printed name of Attorney for Debtor(s)

*Laurin APC*
Firm Name

*280 South Beverly Drive*
Address

*Suite 306*

*Beverly Hills CA 90212*

*888-558-8338*
Telephone Number

*7/9/2009*
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

*Thomas Mount*
Printed Name of Authorized Individual

*Officer*
Title of Authorized Individual

*7/9/2009*
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date
Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    _None_

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    _N/A_

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    _None_

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    _N/A_

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _Beverly Hills_, California.

Dated _9 July, 09_

Debtor

Joint Debtor

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009

**F 1015-2.1**

Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number

Stuart J. Wald (SBN 173144)
Laurin APC
280 S. Beverly Drive, Suite 306
Beverly Hills, CA 90212
(888) 558-8338
☑ *Attorney for:* Debtor

FOR COURT USE ONLY

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re: Reliant Pictures, LLC

Debtor(s),

Plaintiff(s),

Defendant(s).

CASE NO.:

ADV. NO.:

CHAPTER: 7

## Corporate Ownership Statement Pursuant to
## FRBP 1007(a)(1) and 7007.1, and LBR 1007-4

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, Thom Mount _____, the undersigned in the above-captioned case, hereby declare

      *(Print Name of Attorney or Declarant)*

under penalty of perjury under the laws of the United States of America that the following is true and correct:

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.    I have personal knowledge of the matters set forth in this Statement because:

        ☑  I am the president or other officer or an authorized agent of the debtor corporation

        ☐  I am a party to an adversary proceeding

        ☐  I am a party to a contested matter

        ☐  I am the attorney for the debtor corporation

2. a.  ☑  The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

        *[For additional names, attach an addendum to this form.]*
        Sonora Web Limited Liability Limited Partnership; Ozzie Silna, Thom Mount

  b.  ☐  There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Signature of Attorney or Declarant

7/9/09
Date

Thom Mount
Printed Name of Attorney or Declarant

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2009

**F 1007-4**

# RESOLUTION OF THE BOARD OF DIRECTORS OF RELIANT PICTURES, LLC
## a Delaware limited liability company

The Board of Directors (the "Board") of Reliant Pictures, LLC, a Delaware limited liability company ("Reliant"), acting pursuant to the authority set forth in the Delaware Limited Liability Act and provided in the Limited Liability Company Agreement of the Company (the "LLC Agreement"), in a meeting in which all the current directors participated, adopted the following resolution effective as of July 8, 2009:

## AUTHORIZATION FOR FILING OF BANKRUPTCY PETITION

**WHEREAS**, Reliant has multiple business opportunities that it cannot take advantage of due to lack of funds, and

**WHEREAS**, Reliant has been unsuccessful in its attempts to raise more funds, including through a capital call on its members, and

**WHEREAS**, due to this lack of funds, Reliant has been unable to pay its debts as they came due, and

**WHEREAS**, the Board finds that certain members and other persons have been taking actions detrimental to the continued existence and health of Reliant, and that Reliant, in its current state and status, is unable to act against such detrimental actions;

**NOW, THEREFORE, BE IT RESOLVED** that Thom Mount, the sole Manager of Reliant, is hereby authorized and directed to file a petition on behalf of Reliant with the United States Bankruptcy Court for the Central District of California, under Chapter 7 of Title 11 of the United States Code.

I hereby certify that the above resolutions are true and correct as expressed and adopted by a one to nothing vote of the Board of Directors of Reliant Pictures, LLC on July 8, 2009.

Thom Mount, Acting Secretary                    Thom Mount, Manager

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re   Reliant Pictures, LLC | Case No.: |
|---|---|
| Debtor. | **DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR** |

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follow:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 5,000

   Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 5,000

   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 0

2. The source of the compensation paid to me was:

   ☒ Debtor          ☐ Other *(specify)*

3. The source of compensation to be paid to me is:

   ☐ Debtor          ☐ Other *(specify)*

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

   e. [Other provisions as needed].

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services

---

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

7/9/09

Date

Signature of Attorney

Laura APC

Name of Law Firm

In re _Reliant Pictures, LLC_ , Case No._____
          **Debtor(s)**                                                    _(if known)_

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☒ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien  H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: | | | | | | | |
| | | Value: | | | | | |
| Account No: | | | | | | | |
| | | Value: | | | | | |
| Account No: | | | | | | | |
| | | Value: | | | | | |
| No continuation sheets attached | | | | **Subtotal $** *(Total of this page)* | | $ 0.00 | $ 0.00 |
| | | | | **Total $** *(Use only on last page)* | | $ 0.00 | $ 0.00 |
| | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

In re  _Reliant Pictures, LLC_ _____,    Case No._____
                    **Debtor(s)**                                                        **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☒ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_3_  **continuation sheets attached**

In re <u>Reliant Pictures, LLC</u> ,  Case No._____
           **Debtor(s)**                                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet: *Wages, salaries, and commissions*

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred and Consideration for Claim | H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, If any |
|---|---|---|---|---|---|---|---|---|---|
| Account No: **Creditor # : 1** *Ashbrook, Jessica* *6330 West Olympic Boulevard #1* *Los Angeles CA 90048* | | *Salary* | | | | | $ 3,200.48 | $ 3,200.48 | $ 0.00 |
| Account No: **Creditor # : 2** *California State Labor Board* *320 West Fourth Street* *Suite 450* *Los Angeles CA 90013* | | *Employee Taxes* | | | | | $ 20,000.00 | $ 10,950.00 | $ 9,050.00 |
| Account No: **Creditor # : 3** *Ciraki, Morana* *9245 Cordell Drive* *West Hollywood CA 90069* | | *Salary, HDWT settlement* | | | | | $131,595.87 | $ 10,950.00 | $120,645.87 |
| Account No: **Creditor # : 4** *Fitzgerald, Michael* *1832 1/2 Van Ness Avenue* *Hollywood CA 90028* | | *Salary* | | | | | $ 9,000.00 | $ 9,000.00 | $ 0.00 |
| Account No: **Creditor # : 5** *Galvan, Victor* *4641 La Mirada Avenue* *Los Angeles CA 90029* | | *Salary* | | | | | $ 3,344.00 | $ 3,344.00 | $ 0.00 |
| Account No: **Creditor # : 6** *Gilmore, Bill* *550 Clark Avenue* *Newport Beach CA 92662* | | *Salary* | | | | | $200,000.00 | $ 10,950.00 | $189,050.00 |

Sheet No. ___1___ of ___3___ continuation sheets attached
to Schedule of Creditors Holding Priority Claims

|  | Amount of Claim | Amount Entitled to Priority | Amount not Entitled |
|---|---|---|---|
| **Subtotal $** (Total of this page) | 367,140.35 | 48,394.48 | 318,745.87 |
| **Total $** (Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | | | |
| **Total $** (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | |

In re _Reliant Pictures, LLC_____ ,            Case No._____
　　　　　　　　**Debtor(s)**                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet:  _**Wages, salaries, and commissions**_

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred and Consideration for Claim | H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|---|
| Account No: <br> *Creditor # : 7* <br> *Greco, Debi* <br> *P.O. Box 28* <br> *Sunland CA 91041* | | *Salary* | | | | | $101,758.81 | $ 10,950.00 | $ 90,808.81 |
| Account No: <br> *Creditor # : 8* <br> *Gumpert, Jon* <br> *c/o Kennoff & Machtinger* <br> *1901 Avenue of the Stars #1775* <br> *Los Angeles CA 90067-4007* | | *Salary* | | | | | $336,854.00 | $ 10,950.00 | $325,904.00 |
| Account No: <br> *Creditor # : 9* <br> *Kang, Jennifer* <br> *c/o Debi Greco* <br> *P.O. Box 28* <br> *Sunland CA 91041* | | *Salary* | | | | | $ 4,400.00 | $ 4,400.00 | $ 0.00 |
| Account No: <br> *Creditor # : 10* <br> *Lyons, Amy* <br> *6128 Orange Street* <br> *Los Angeles CA 90048* | | *Script Coverage/Salary* | | | | | $ 150.00 | $ 150.00 | $ 0.00 |
| Account No: <br> *Creditor # : 11* <br> *Mount, Thom* <br> *9245 Cordell Dr.* <br> *Los Angeles CA 90069* | | *Salary* | | | | | $615,000.00 | $ 10,950.00 | $604,050.00 |
| Account No: <br> *Creditor # : 12* <br> *Steen, Sam* <br> *4217 W. 6th Street* <br> *Los Angeles CA 90020* | | *Salary* | | | | | $ 1,390.94 | $ 1,390.94 | $ 0.00 |

Sheet No. _2_ of _3_ continuation sheets attached
to Schedule of Creditors Holding Priority Claims

|  | | Subtotal $ <br> (Total of this page) | $ 1,059,553 | 38,790.94 | $ 1,020,762 |
|---|---|---|---|---|---|
| | | **Total $** <br> (Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | | | |
| | | **Total $** <br> (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | |

In re  _Reliant Pictures, LLC_____ ,    Case No._____

                **Debtor(s)**                                        **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet:  **_Wages, salaries, and commissions_**

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred and Consideration for Claim H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 13 Steinkellner, Kit 945 Gayley Avenue Los Angeles CA 90024 | | Salary | | | | $ 50.00 | $ 50.00 | $ 0.00 |
| Account No: Creditor # : 14 Weiler, David P.O. Box Sunland CA 91041 | | Salary | | | | $ 1,714.50 | $ 1,714.50 | $ 0.00 |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |

Sheet No. __3__ of __3__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| **Subtotal $** (Total of this page) | 1,764.50 | 1,764.50 | 0.00 |
| **Total $** (Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | $ 1,428,458 | | |
| **Total $** (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | 88,949.92 | $ 1,339,508 |

B6F (Official Form 6F) (12/07)

In re **Reliant Pictures, LLC** _____,  Case No. _____
                    **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: <br> **Creditor # : 1** <br> **120DB** <br> **Attn: Peter Graham** <br> **75 Mill River Road** <br> **South Salem NY 10590** | | *Loan* | | | | $ 400,000.00 |
| Account No: <br> **Creditor # : 2** <br> **Accessline** <br> **11201 SE 8th Street** <br> **Suite 200** <br> **Bellevue WA 98004** | | *100-260-067* | | | | $ 148.84 |
| Account No: <br> **Creditor # : 3** <br> **Accurate Express Messenger** <br> **2894 Rowena Avenue** <br> **Los Angeles CA 90039** | | *INV399633* | | | | $ 67.82 |
| Account No: <br> **Creditor # : 4** <br> **Aetna Insurance** <br> **151 Farmington Avenue** <br> **Hartford CT 06156** | | *A5851611, A5738448, A5625963, A5513277, A5400069* | | | | $ 28,076.00 |

_10_ continuation sheets attached

Subtotal $ | $ 428,292.66

Total $ |

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _Reliant Pictures, LLC_ _____ ,    Case No. _____

           **Debtor(s)**                                       **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 5<br>Akin Gump Strauss Hauer Field<br>2029 Century Park East #2400<br>Los Angeles CA 90067-4007 | | INV1170349 | | | | $ 800.00 |
| Account No:<br>Creditor # : 6<br>Allen, Penny<br>1108 Cedar Street<br>Santa Monica CA 90405 | | Seiko Matusda | | | | $ 1,500.00 |
| Account No:<br>Creditor # : 7<br>Authentic Agency<br>700 San Vicente Boulevard<br>Suite G900<br>West Hollywood CA 90069 | | Spinning Into Butter | | | | $ 83,450.00 |
| Account No:<br>Creditor # : 8<br>BaseLine Studio Systems<br>3415 South Sepulveda Boulevard<br>#200<br>Los Angeles CA 90034 | | INV160005252 | | | | $ 618.00 |
| Account No:<br>Creditor # : 9<br>Becker, Diane<br>1159 North Edgemont Street<br>Los Angeles CA 90029 | | Panopticon/Soul Code | | | | $ 2,000.00 |
| Account No:<br>Creditor # : 10<br>Brandt, Ruth<br>1041 9th Street<br>#1<br>Santa Monica CA 90403 | | Loan repayment | | | | $ 30,000.00 |

Sheet No. _1_ of _10_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 118,368.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _Reliant Pictures, LLC_ _____ ,  Case No. _____

**Debtor(s)** (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See Instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 11 <br> British American Bus. Council <br> 11766 Wilshire Boulevard <br> Suite 1230 <br> Los Angeles CA 90025 | | Michael Fitzgerald Visa | | | | $ 1,600.00 |
| Account No: <br> Creditor # : 12 <br> C-Air Intl. Inc. <br> 6053 West Century Boulevard <br> Suite 650 <br> Los Angeles CA 90045 | | HDWT court judgment | | | | $ 1,583.00 |
| Account No: <br> Creditor # : 13 <br> Church, Ryan | | Soul Code | | | | $ 3,325.00 |
| Account No: <br> Creditor # : 14 <br> Cisco Inc. <br> 1702 Townhurst Drive <br> Houston TX 77043 | | Thomson Collection | | | | $ 1,320.00 |
| Account No: <br> Creditor # : 15 <br> CNA Insurance <br> Attn: Christina Rodomski <br> P.O. Box 8317 <br> Chicago IL 60680 | | Insurance #3006764010 | | | | $ 1,169.50 |
| Account No: <br> Creditor # : 16 <br> Co-Power <br> 1600 West Hillsdale Boulevard <br> San Mateo CA 94402 | | 200902-37281-01 | | | | $ 6,315.09 |

Sheet No. __2__ of __10__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 15,312.59

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _Reliant Pictures, LLC_                                   ,          Case No._____
**Debtor(s)**                                                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See Instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: | | | | | | $ 3,312.50 |
| Creditor # : 17<br>Dewitt Stern<br>801 North Brand Boulevard<br>#650<br>Glendale CA 91203 | | D&O Insurance | | | | |
| Account No: | | | | | | $ 167.00 |
| Creditor # : 18<br>DHL<br>515 West Greens Road<br>Houston TX 77067 | | INV80425757 | | | | |
| Account No: | | | | | | Unknown |
| Creditor # : 19<br>Employment Development Dept.<br>Bankruptcy Group MIC29E<br>P.O. Box 826880<br>Sacramento CA 94280-0001 | | For notice purposes only | | | | |
| Account No: | | | | | | $ 224.00 |
| Creditor # : 20<br>Extra Space Storage<br>5825 Santa Monica Boulevard<br>West Hollywood CA 90038 | | | | | | |
| Account No: | | | | | | $ 1,336.58 |
| Creditor # : 21<br>Fed-Ex<br>P.O. Box 7221<br>Pasadena CA 91109 | | | | | | |
| Account No: | | | | | | $ 13,250.00 |
| Creditor # : 22<br>Fifteen Minutes<br>8436 West 3rd Street<br>Suite 650<br>Los Angeles CA 90048 | | | | | | |

Sheet No. __3__ of __10__ continuation sheets attached to Schedule of          **Subtotal $**          $ 18,290.08
Creditors Holding Unsecured Nonpriority Claims                                **Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _Reliant Pictures, LLC_ _____ ,     Case No._____
              **Debtor(s)**                                                               **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number _(See Instructions above.)_ | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 23 <br> Franchise Tax Board <br> Bankruptcy Unit <br> P.O. Box 2952 <br> Sacramento CA 95812-2952 | | | For notice purposes only | | | | _Unknown_ |
| Account No: <br> Creditor # : 24 <br> Grobstein Horvath & Co. <br> 15233 Ventura Boulevard <br> Ninth Floor <br> Sherman Oaks CA 91403 | | | Accounting Services | | | | $ 44,395.97 |
| Account No: <br> Creditor # : 25 <br> HDNM Entertainment <br> 439 West San Francisco Street <br> Suite C <br> Santa Fe NM 87501 | | | PEN207001_C | | | | $ 3,091.86 |
| Account No: <br> Creditor # : 26 <br> High Window <br> 6381 Hollywood Boulevard <br> Suite 680 <br> Los Angeles CA 90028 | | | Seiko Matsuda | | | | $ 8,181.01 |
| Account No: <br> Creditor # : 27 <br> Horiuchi, Brian <br> c/o Jennifer Levine <br> 1801 Century Park East #200 <br> Los Angeles CA 90067-4007 | | | Writer's Fee for Soul Code | | | | $ 15,000.00 |
| Account No: <br> Creditor # : 28 <br> ICON <br> 808 Wilshire Boulevard <br> 4th Floor <br> Santa Monica CA 90401 | | | HDWT sales costs | | | | $ 11,596.90 |

Sheet No. __4__ of __10__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                            **Subtotal $**     **$ 82,265.74**

                                                                  **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _Reliant Pictures, LLC_ _____ ,     Case No. _____

         **Debtor(s)**                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: | | | | | | *Unknown* |
| Creditor # : 29<br>Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia PA 19114 | | For notice purposes only | | | | |
| Account No: | | | | | | $ 450,000.00 |
| Creditor # : 30<br>Jiles, Jon<br>9307 Opus Drive<br>Las Vegas NV 89117 | | Loan | | | | |
| Account No: | | | | | | $ 1,641.16 |
| Creditor # : 31<br>Jones, Clarence<br>1540 Oak Creek Drive<br>#304<br>Palo Alto CA 94304 | | Expenses | | | | |
| Account No: | | | | | | $ 12,000.00 |
| Creditor # : 32<br>Kander, John<br>JKCO<br>323 San Vicente Blvd., Ste. 5<br>Santa Monica CA 90402 | | HDWT | | | | |
| Account No: | | | | | | $ 6,933.64 |
| Creditor # : 33<br>Kinsella Weitzman LLP<br>Attn: Greg Aldisert<br>808 Wilshire Boulevard #350<br>Santa Monica CA 90401 | | legal services rendered | | | | |
| Account No: | | | | | | $ 2,500.00 |
| Creditor # : 34<br>Klein, Mandelblatt<br>10850 Wilshire Boulevard<br>Suite 350<br>Los Angeles CA 90024 | | Audit | | | | |

Sheet No. _5_ of _10_ continuation sheets attached to Schedule of          **Subtotal $**        $ 473,074.80

Creditors Holding Unsecured Nonpriority Claims                             **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _Reliant Pictures, LLC_ _____,        Case No. _____
           **Debtor(s)**                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See Instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:** | | | | | | | $ 83.50 |
| Creditor # : 35<br>LA Times<br>202 West 1st Street<br>Los Angeles CA 90012 | | | | | | | |
| **Account No:** | | | | | | | $ 25,000.00 |
| Creditor # : 36<br>Levitsky Productions<br>c/o A. Nalibotski,Gersh Agency<br>232 N. Canon Drive<br>Beverly Hills CA 90210 | | | Freedom House Fee | | | | |
| **Account No:** | | | | | | | $ 95,000.00 |
| Creditor # : 37<br>Linton, Scott<br>1310 Stratford Court<br>Del Mar CA 92014 | | | Loan | | | | |
| **Account No:** | | | | | | | $ 15,000.00 |
| Creditor # : 38<br>Lisberger, Steven<br>c/o The Chasin Agency<br>8899 Beverly Blvd. #716<br>Los Angeles CA 90048 | | | Soul Code | | | | |
| **Account No:** | | | | | | | $ 300,000.00 |
| Creditor # : 39<br>Loeb & Loeb<br>Attn: Mickey Mayerson<br>10100 Santa Monica Blvd. #2200<br>Los Angeles CA 90067-4007 | | | legal services rendered | | | | |
| **Account No:** | | | | | | | $ 40,000.00 |
| Creditor # : 40<br>Lund, Carl<br>c/o Gretchen Rush<br>450 N. Roxbury Dr., 8th Floor<br>Beverly Hills CA 90210 | | | Panopticon writing fee | | | | |

Sheet No. __6__ of __10__ continuation sheets attached to Schedule of            **Subtotal $**        $ 475,083.50

Creditors Holding Unsecured Nonpriority Claims                                   **Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _Reliant Pictures, LLC_ _____ ,   Case No. _____

**Debtor(s)** (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See Instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 41 <br> Marcello, John <br> 2720 Ocean Drive <br> Manhattan Beach CA 90266 | | | Chambers Writing Fee | | | | $ 18,840.67 |
| Account No: <br> Creditor # : 42 <br> Mendelow, Steven <br> Konigsberg, Wolf & Co. <br> 440 Park Avenue South 10th Fl. <br> New York NY 10016 | | | Expenses | | | | $ 794.35 |
| Account No: <br> Creditor # : 43 <br> Metlife <br> 200 Park Avenue <br> New York NY 10166 | | | SEPT1507 | | | | $ 356.13 |
| Account No: <br> Creditor # : 44 <br> Midway Car Leasing <br> 4751 Wilshire Boulevard <br> Suite 120 <br> Los Angeles CA 90010 | | | | | | | $ 45,880.54 |
| Account No: <br> Creditor # : 45 <br> Midway Car Rental <br> 4201 Lankershim Boulevard <br> North Hollywood CA 91602 | | | | | | | $ 2,000.00 |
| Account No: <br> Creditor # : 46 <br> Midway Car Rental Claims <br> 2001 South Figueroa <br> Second Floor | | | | | | | $ 1,726.00 |

Sheet No. _7_ of _10_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 69,597.69

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _Reliant Pictures, LLC_____,      Case No._____
                        **Debtor(s)**                                           **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 47<br>MPAA Title Bureau<br>Attn: Accounting<br>15301 Ventura Blvd., Bldg. E<br>Sherman Oaks CA 91403 | | | | | | | $ 1,370.00 |
| Account No:<br>Creditor # : 48<br>New Mexico Law Group<br>6709 Academy Road NE<br>Suite A<br>Albuquerque NM 87109 | | | | | | | $ 1,200.00 |
| Account No:<br>Creditor # : 49<br>Pacific Theaters<br>120 North Robertson Boulevard<br>Los Angeles CA 90048 | | | In Her Skin | | | | $ 1,500.00 |
| Account No:<br>Creditor # : 50<br>Paramount Studios<br>5555 Melrose Avenue<br>Attn: Pilar Romero<br>Los Angeles CA 90038 | | | Rent in Arrears | | | | $ 45,000.00 |
| Account No:<br>Creditor # : 51<br>Paychex<br>P.O. Box 4482<br>Carol Stream IL 60197 | | | Client #0083-2F02 | | | | $ 647.95 |
| Account No:<br>Creditor # : 52<br>Pennylane Animation<br>P.O. Box 481236<br>Los Angeles CA 90048 | | | Soul Code | | | | $ 8,275.00 |

Sheet No. _8_ of _10_ continuation sheets attached to Schedule of          **Subtotal $**     $ 57,992.95
Creditors Holding Unsecured Nonpriority Claims                             **Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re **Reliant Pictures, LLC** _____,    Case No._____
                    **Debtor(s)**                                         (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See Instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 53 <br> Petrucci, Gary and Bowers, J. <br> c/o Piper Jeffray <br> 800 Niccolet Mall <br> Minneapolis MN 55402 | | | HDWT loan | | | | $ 700,000.00 |
| Account No: <br> Creditor # : 54 <br> Post Logic <br> 1800 North Vine Street <br> Hollywood CA 90028 | | | Soul Code | | | | $ 378.88 |
| Account No: <br> Creditor # : 55 <br> Potent Pictures <br> 17 Pier Avenue <br> #424 <br> Santa Monica CA 90405 | | | Soul Code | | | | $ 4,400.00 |
| Account No: <br> Creditor # : 56 <br> Reed Smith <br> 15 St. Botolph Street <br> London, EC3A 7EE <br>   UK | | | legal services rendered | | | | $ 20,000.00 |
| Account No: <br> Creditor # : 57 <br> RMS <br> 300 Arboretum Place <br> P.O. Box 26446 <br> Richmond VA 23261 | | | Travelers | | | | $ 2,791.00 |
| Account No: <br> Creditor # : 58 <br> Robbins, Kaplan LLP <br> 2049 Century Park East <br> Suite 3400 <br> Los Angeles CA 90067-4007 | | | legal services rendered | | | | $ 24,952.75 |

Sheet No. __9__ of __10__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 752,522.63

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re __Reliant Pictures, LLC_____,  Case No._____
                        **Debtor(s)**                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See Instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **Creditor # : 59** *Screen Actors Guild* *5757 Wilshire Boulevard* *Los Angeles CA 90036* | | | *HDWT settlement* | | | | $ 70,000.00 |
| Account No: **Creditor # : 60** *SJ Berwin* *10 Queen Street Place* *London, EC4R 1BE* *UK* | | | *legal services rendered* | | | | $ 177,000.00 |
| Account No: **Creditor # : 61** *Wiggin LLP* *95 The Promenade* *Cheltenham, Glos, GL50-1WG* *UK* | | | *Cheri* | | | | $ 11,585.00 |
| Account No: **Creditor # : 62** *Writers Guild of America* *7000 West 3rd Street* *Attn: Mary Jerrido* *Los Angeles CA 90048* | | | *HDWT/Brad Isaacs Script Fee* | | | | $ 6,000.00 |
| Account No: | | | | | | | |
| Account No: | | | | | | | |

Sheet No. __10__ of ___10___ continuation sheets attached to Schedule of

Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 264,585.00

**Total $**    $ 2,755,385.64

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name _____ Stuart J. Wald, Laurin, APC _____

Address _____ 280 S. Beverly Drive, Suite 306, Beverly Hills, CA 90212 _____

Telephone _____ (888) 558-8338 _____

☐ Attorney for Debtor(s)
☐ Debtor in Pro Per

---

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| List all names including trade names used by Debtor(s) within last 8 years:<br><br>Reliant Pictures, LLC | Case No.: |
|---|---|
| | Chapter: 7 |

---

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __10__ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date: 2/9/09 _____         _____
                                    *Debtor*

_____          _____
*Attorney (if applicable)*          *Joint Debtor*

Reliant Pictures, LLC
at Paramount Studios
5555 Melrose Avenue
Hollywood, CA   90038


Stuart J. Wald
280 South Beverly Drive
Suite 306
Beverly Hills, CA   90212


United States Trustee
725 South Figueroa Street
26th Floor
Los Angeles, CA   90017

120DB
Attn: Peter Graham
75 Mill River Road
South Salem, NY   10590


Accessline
11201 SE 8th Street
Suite 200
Bellevue, WA   98004


Accurate Express Messenger
2894 Rowena Avenue
Los Angeles, CA   90039


Aetna Insurance
151 Farmington Avenue
Hartford, CT   06156


Akin Gump Strauss Hauer Field   .
2029 Century Park East #2400
Los Angeles, CA   90067-4007


Allen, Penny
1108 Cedar Street
Santa Monica, CA   90405


Ashbrook, Jessica
6330 West Olympic Boulevard #1
Los Angeles, CA   90048


Authentic Agency
700 San Vicente Boulevard
Suite G900
West Hollywood, CA   90069


BaseLine Studio Systems
3415 South Sepulveda Boulevard
#200
Los Angeles, CA   90034

Becker, Diane
1159 North Edgemont Street
Los Angeles, CA  90029


Brandt, Ruth
1041 9th Street
#1
Santa Monica, CA  90403


British American Bus. Council
11766 Wilshire Boulevard
Suite 1230
Los Angeles, CA  90025


C-Air Intl. Inc.
6053 West Century Boulevard
Suite 650
Los Angeles, CA  90045


California State Labor Board
320 West Fourth Street
Suite 450
Los Angeles, CA  90013


Church, Ryan


Ciraki, Morana
9245 Cordell Drive
West Hollywood, CA  90069


Cisco Inc.
1702 Townhurst Drive
Houston, TX  77043


CNA Insurance
Attn: Christina Rodomski
P.O. Box 8317
Chicago, IL  60680

Co-Power
1600 West Hillsdale Boulevard
San Mateo, CA   94402


Dewitt Stern
801 North Brand Boulevard
#650
Glendale, CA   91203


DHL
515 West Greens Road
Houston, TX   77067


Employment Development Dept.
Bankruptcy Group MIC29E
P.O. Box 826880
Sacramento, CA   94280-0001


Extra Space Storage
5825 Santa Monica Boulevard
West Hollywood, CA   90038


Fed-Ex
P.O. Box 7221
Pasadena, CA   91109


Fifteen Minutes
8436 West 3rd Street
Suite 650
Los Angeles, CA   90048


Fitzgerald, Michael
1832 1/2 Van Ness Avenue
Hollywood, CA   90028


Franchise Tax Board
Bankruptcy Unit
P.O. Box 2952
Sacramento, CA   95812-2952

Galvan, Victor
4641 La Mirada Avenue
Los Angeles, CA   90029


Gilmore, Bill
550 Clark Avenue
Newport Beach, CA   92662


Greco, Debi
P.O. Box 28
Sunland, CA   91041


Grobstein Horvath & Co.
15233 Ventura Boulevard
Ninth Floor
Sherman Oaks, CA   91403


Gumpert, Jon
c/o Kennoff & Machtinger
1901 Avenue of the Stars #1775
Los Angeles, CA   90067-4007


HDNM Entertainment
439 West San Francisco Street
Suite C
Santa Fe, NM   87501


High Window
6381 Hollywood Boulevard
Suite 680
Los Angeles, CA   90028


Horiuchi, Brian
c/o Jennifer Levine
1801 Century Park East #200
Los Angeles, CA   90067-4007


ICON
808 Wilshire Boulevard
4th Floor
Santa Monica, CA   90401

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA   19114


Jiles, Jon
9307 Opus Drive
Las Vegas, NV   89117


Jones, Clarence
1540 Oak Creek Drive
#304
Palo Alto, CA   94304


Kander, John
JKCO
323 San Vicente Blvd., Ste. 5
Santa Monica, CA   90402


Kang, Jennifer
c/o Debi Greco
P.O. Box 28
Sunland, CA   91041


Kinsella Weitzman LLP
Attn: Greg Aldisert
808 Wilshire Boulevard #350
Santa Monica, CA   90401


Klein, Mandelblatt
10850 Wilshire Boulevard
Suite 350
Los Angeles, CA   90024


LA Times
202 West 1st Street
Los Angeles, CA   90012


Laurin APC
280 South Beverly Drive
Suite 306
Beverly Hills, CA   90212

Levitsky Productions
c/o A. Nalibotski,Gersh Agency
232 N. Canon Drive
Beverly Hills, CA  90210


Linton, Scott
1310 Stratford Court
Del Mar, CA  92014


Lisberger, Steven
c/o The Chasin Agency
8899 Beverly Blvd. #716
Los Angeles, CA  90048


Loeb & Loeb
Attn: Mickey Mayerson
10100 Santa Monica Blvd. #2200
Los Angeles, CA  90067-4007


Lund, Carl
c/o Gretchen Rush
450 N. Roxbury Dr., 8th Floor
Beverly Hills, CA  90210


Lyons, Amy
6128 Orange Street
Los Angeles, CA  90048


Marcello, John
2720 Ocean Drive
Manhattan Beach, CA  90266


Mendelow, Steven
Konigsberg, Wolf & Co.
440 Park Avenue South 10th Fl.
New York, NY  10016


Metlife
200 Park Avenue
New York, NY  10166

Midway Car Leasing
4751 Wilshire Boulevard
Suite 120
Los Angeles, CA  90010


Midway Car Rental
4201 Lankershim Boulevard
North Hollywood, CA  91602


Midway Car Rental Claims
2001 South Figueroa
Second Floor


Mount, Thom
9245 Cordell Dr.
Los Angeles, CA  90069


MPAA Title Bureau
Attn: Accounting
15301 Ventura Blvd., Bldg. E
Sherman Oaks, CA  91403


New Mexico Law Group
6709 Academy Road NE
Suite A
Albuquerque, NM  87109


Pacific Theaters
120 North Robertson Boulevard
Los Angeles, CA  90048


Paramount Studios
5555 Melrose Avenue
Attn: Pilar Romero
Los Angeles, CA  90038


Paychex
P.O. Box 4482
Carol Stream, IL  60197

Pennylane Animation
P.O. Box 481236
Los Angeles, CA  90048


Petrucci, Gary and Bowers, J.
c/o Piper Jeffray
800 Niccolet Mall
Minneapolis, MN  55402


Post Logic
1800 North Vine Street
Hollywood, CA  90028


Potent Pictures
17 Pier Avenue
#424
Santa Monica, CA  90405


Reed Smith
15 St. Botolph Street
London, EC3A 7EE
  UK


Reliant Pictures at Paramount Studi
5555 Melrose Avenue
Hollywood, CA  90038


RMS
300 Arboretum Place
P.O. Box 26446
Richmond, VA  23261


Robbins, Kaplan LLP
2049 Century Park East
Suite 3400
Los Angeles, CA  90067-4007


Screen Actors Guild
5757 Wilshire Boulevard
Los Angeles, CA  90036

SJ Berwin
10 Queen Street Place
London, EC4R 1BE
  UK


Steen, Sam
4217 W. 6th Street
Los Angeles, CA   90020


Steinkellner, Kit
945 Gayley Avenue
Los Angeles, CA   90024


Weiler, David
P.O. Box
Sunland, CA   91041


Wiggin LLP
95 The Promenade
Cheltenham, Glos, GL50-1WG
  UK


Writers Guild of America
7000 West 3rd Street
Attn: Mary Jerrido
Los Angeles, CA   90048