ROSENDO GONZALEZ, TRUSTEE (State Bar No. 137352)
515 South Figueroa Street, Suite 1970
Los Angeles, CA 90071

Telephone: (213) 452-0071
Facsimile: (213) 452-0080

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

| In Re: | Case No.: 2:09-27502-BR |
|---|---|
| RELIANT PICTURES LLC A CORPORATION | 275022 |
| | Chapter: 7 |
| | NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR [11 USC 341(a)] |
| Debtor(s) | |

COUNSEL: STUART J WALD
TO THE ABOVE NAMED DEBTOR(S):

    You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above-entitled matter was continued to 09/29/09 at 01:30 PM at 725 S. FIGUEROA ST., LOBBY LEVEL, LOS ANGELES, CALIFORNIA 90017, for the reason set forth below:

☒ Additional documents have been requested and/or documents received are in the process of review. The Trustee may require further information and if so, you will be contacted. Failure to provide requested documentation may result in a motion to dismiss your case filed by the Trustee.

Dated: September 10, 2009　　　　　　　　/s/ Rosendo Gonzalez
　　　　　　　　　　　　　　　　　　　　ROSENDO GONZALEZ, TRUSTEE

# PROOF OF SERVICE

## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

STATE OF CA, COUNTY OF LOS ANGELES

I'm employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 515 South Figueroa Street, Suite 1970, Los Angeles, CA 90071.

On <u>September 10, 2009</u>, I served the foregoing document described as Notice of Continued Meeting on the interested parties in action.

☒ By placing true copies thereof enclosed in sealed envelope(s) addressed as follows:

RELIANT PICTURES LLC A CORPORATION
5555 MELROSE AVE
HOLLYWOOD, CA 90038

STUART J WALD
280 S BEVERLY DR STE 306
BEVERLY HILLS, CA 90212

☒ **BY MAIL**
  ☒ I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.
  ☒ I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. Executed on <u>September 10, 2009</u>, at Los Angeles, California.
  ☒ I declare under penalty of perjury under the laws of the state of California that the above is true and correct.

/s/ GABRIELA GARCIA
GABRIELA GARCIA